# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

SELECT JUDGE BEFORE SELECT Case No.:
Howard

| | |
|---|---|
| United States of America <br> v. <br> Trentice Williams | ) <br> ) <br> ) Case No:    5:04-CR-00386-H-002 <br> ) |
| Date of Original Judgment:    November 10, 2008 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Applicable)* | ) USM No:    25267-056 <br> ) <br> ) Defendant's Attorney    Thomas P. McNamara <br> ) |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was sentenced at the statutory minimum and that minimum did not change as a result of the retroactive amendment.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated    November 10, 2008, shall remain in effect. . **IT IS SO ORDERED**

Order Date:    11/21/12

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard, Senior U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011